IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

|  |  |
|---|---|
| Ronald Ferguson. <br><br> Plaintiff <br><br> vs. <br><br> State of South Carolina and South Carolina Parks, Recreations, and Tourism <br> Defendants. | Civil Action No. 3:26-cv-00834-CMC-MHC <br><br> Complaint <br><br> Jury Trial Demanded |

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS, CONSTITUTIONAL RIGHTS, AND INTELLECTUAL PROPERTY RIGHTS**

**INTRODUCTION**

1. This civil action seeks redress for violations of Plaintiff's civil and constitutional rights under 42 U.S.C. § 1983, 42 U.S.C. § 1985, the First, Fourth, and Fourteenth Amendments to the United States Constitution, as well as federal intellectual property law under 17 U.S.C. (Copyright Act), 15 U.S.C. (Lanham Act), or other applicable laws.

2. Plaintiff alleges that Defendant(s) State of South Carolina and the South Carolina Department of Parks and Recreation deprived Plaintiff of rights secured by the U.S. Constitution and federal law—including but not limited to rights to freedom of speech, due

process, equal protection under the law, and protection against unlawful seizure and misappropriation of intellectual property.

**PARTIES**

3. Plaintiff Ronald Ferguson is a resident of Columbia, South Carolina, and is the rightful owner of the saying "Smiling Faces Beautiful Places" (hereinafter referred to as "the Work").

4. Defendants State of South Carolina and South Carolina Department of Parks & Recreation have infringed upon Plaintiff's rights by using his intellectual property without permission in various marketing campaigns throughout the state.

**JURISDICTION AND VENUE**

5. This Court has jurisdiction under 28 U.S.C. § 1331 because this case arises under laws including the U.S Constitution and federal statutes (42 U.S.C §§ 1983 & 1985; 17 U.S.C.; 15 U.S.C., etc.). This Court has jurisdiction under 28 U.S.C. § 1331 because this case arises under the laws of the United States, including the U.S. Constitution and federal statutes (42 U.S.C. § 1983, 1985, 17 U.S.C., 15 U.S.C., etc.).

6. Venue is proper in this District pursuant to 28 U.S.C §1391 because Defendant(s) reside or do business within this District where substantial events give rise to these claims occurred. Venue is proper in this District under 28 U.S.C. § 1391 because Defendant(s) reside(s) or does business in this District and a substantial part of the events giving rise to the claims occurred in this District.

## FACTUAL ALLEGATIONS

7. Plaintiff is both creator and owner of the phrase/the work "Smiling Faces Beautiful Places".

8. Defendants, without authorization from Plaintiff, willfully infringed upon his intellectual property by copying it for distribution while profiting from it unlawfully.

9. The conduct referenced above violates Plaintiff's exclusive rights protected under federal intellectual property laws, including but not limited to copyright protections provided in Title XVII.

10. On December 9, 1998, Plaintiff was subject to an arson attack after receiving death threats following his actions seeking equal protection over plaintiff's work concerning IP Rights mentioned hereinabove that resulted in damages experienced personally by him and his children, Melanie Ferguson, Serah Ferguson, and Marshall M. Ferguson directly due to their exposure surrounding events previously discussed.

12. as result of this, the plaintiff experienced severe damages inclusive of homelessness for extended period loss employment emotional distress defamation financial losses reputational damage incurred due infractions executed by defendants named herein at large extent outlined earlier within complaints filed in present document.

## CLAIMS FOR RELIEF

**Count I: Violation Of Civil Rights Under Section 1983**

13. Plaintiff realleges/incorporates preceding paragraphs asserting defendant acted/lacked adherence legal obligations leading deprivation wave civil liberties safeguarded constitutionally speaking primarily first, fourth, and fourteenth amendments.

## Count II: Violation Of Civil Rights Conspiracy Under Section 1985

14. Plaintiff incorporates previous allegations noting conspiracy engaging unlawful deprivation individual liberties specifically targeting works and benefiting economically despite rightful ownership belonging solely rightful claimant identified herein Ronald Ferguson.

15. Defendant(s)' actions were undertaken under color of state law, and deprived Plaintiff of rights guaranteed by the U.S. Constitution, including freedom of speech.

## Count III: Copyright Infringement Under Section 17

16. Plaintiff reasserts prior statements alleging infringement regarding the work and that Defendants used it commercially, statewide across various platforms that detrimentally impacted his and his family's quality of life, significantly depriving them of profits and a denial to the true owner of entitled compensation that resulted in the defendants' profitable gains, as they claimed the public use as their own.

## Count IV: Trademark Infringement Under Section 15 USC

17. Plaintiff reasserts prior statements alleging infringement regarding the work and that Defendants used it commercially statewide across various platforms that detrimentally impacted

his and his family's quality of life, significantly depriving them of profits and a denial to the true owner of entitled compensation that resulted in the defendants' profitable gains, as they claimed the public use as their own.

**Count V: Unjust Enrichment**

21. Defendants have been unjustly enriched at the expense of Plaintiff by using the intellectual property to negotiate licensing agreements, putting the Plaintiff at a disadvantage economically.

22. The unlawful use of Plaintiff's intellectual property has allowed Defendants to gain immediate benefits, enhancing their market position and profitability—at the expense of Ronald Ferguson, the rightful owner.

23. This unlawful use of Plaintiff's intellectual property, along with the Plaintiff's disrespect for the lives of his children and future lives of their children during that time.

**\*\*PRAYER FOR RELIEF\*\***

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff and against Defendants, awarding Plaintiff the following relief:

1. Compensatory damages in an amount to be determined at trial.

2. Statutory damages for copyright and/or trademark infringement.

3. Punitive damages for the willful violations of Plaintiff's constitutional rights.

4. A permanent injunction restraining Defendant(s) from further violations of Plaintiff's rights.

5. Retroactive pay for when he lost his job to coincide with his disability (to reflect retiring with a master's degree in art education) and retirement because of the detrimental actions of the Defendants.

5. Attorney's fees and costs of suit pursuant to 42 U.S.C. § 1988.

6. Any other relief that the Court deems just and proper.

7. Public apology for the egregious, hateful, sinful, and racist act committed in a state that claims to be a bible belt.

8. Payment of the net and continued amount earned by the state of South Carolina with the illegal use of my intellectual property.

**\*\*JURY DEMAND\*\***

Plaintiff hereby demands a trial by jury on all issues so triable.

DATED: _____  02/27/2026

Respectfully submitted,

_____

Ronald M. Ferguson

2452 Windy Drive, Columbia SC 29209

803.401.5196

Email: _____gritsmans803@icloud.com_____